AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Travis Rowan** <br> *Plaintiff(s)* <br><br> v. <br><br> **Elegancia Vacation Rentals, LLC dba The Maruca Group** <br> *Defendant(s)* | Civil Action No. **1:24-cv-23821-CMA** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elegancia Vacation Rentals, LLC dba The Maruca Group
c/o Registered Agent: Myrna Garcia
393 NE 94th Street
Miami, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje Lara
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 4, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts